■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIRRIA R., Appellant. [19 NYS3d 177]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Zayas, J.), imposed July 24, 2014, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of her right to appeal does not preclude review of her contention that imposition of an enhanced sentence was improper (*see People v Bracy*, 131 AD3d 538 [2015]; *People v Cousar*, 128 AD3d 716 [2015]). However, under the circumstances of this case, imposition of an enhanced sentence was proper (*see People v Daymont*, 299 AD2d 916 [2002]), and the enhanced sentence was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Hinds-Radix and Barros, JJ., concur.